Writ denied. There is no error in the ruling complained of.

BARHAM, J., dissents in part.

267 So.2d 907

Mrs. Margaret McNEILL for Stephen Charles Loeber

v.

Fred M. LINDSAY, Superintendent of Louisiana Training Institute for State of Louisiana.

No. 52931.

Nov. 6, 1972.

On considering the exigencies of this case and the petition for habeas corpus, and attachments, of the relator in the above entitled and numbered cause,

It is ordered that the Honorable Wallace A. Edwards, Judge of the Twenty-Second Judicial District Court, Parish of St. Tammany, hold a hearing forthwith on petitioner's application for habeas corpus.

267 So.2d 907

STATE of Louisiana ex rel. Joseph A. BROWN and William H. Matthews

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary.

No. 52929.

Nov. 6, 1972.

Application denied. The showing made does not warrant the exercise of our original or supervisory jurisdiction.

BARHAM, J., is of the opinion the writ should be granted.

DIXON, J., dissents from the refusal. As long as La. law requires a hearing unless the application clearly shows applicant is not entitled to it (C.Cr.P. 354), I must dissent. This defendant alleges inadequate appointed counsel. No bills of exceptions were perfected by counsel, and we refused on appeal to rule upon them, thus effectively denying the defendant's right of appeal.

TATE, J., joins in Dixon, J.'s dissent.